# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-280-S |
| | § | |
| DAVID MICHAEL VERASTEGUI (1) | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 21]. Defendant having waived allocution before this Court and having no objection to the Findings, Conclusions, and Recommendations [ECF No. 22], the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusions, and Recommendation are **ADOPTED** as the opinion and findings of the Court, and Defendant's Supervised Release is **REVOKED**. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served, with an additional two years of Supervised Release to follow.

**SO ORDERED.**

SIGNED October 31, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**